NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 13-31

ANTHONY J. BESLIN

VERSUS

ANADARKO PETROLEUM CORPORATION, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OFACADIA, NO. 84,457
HONORABLE GLENNON P. EVERETT, DISTRICT JUDGE

**********

JIMMIE C. PETERS
JUDGE

**********

Court composed of Jimmie C. Peters, Billy H. Ezell, and J. David Painter, Judges.

APPEAL DISMISSED.  APPELLANT IS PERMITTED TO
FILE AN APPLICATION FOR SUPERVISORY WRITS.

Dan Boudreaux
Keith R. Giardina Law Offices
9100 Bluebonnet Center Boulevard, Suite 300
Baton Rouge, LA 70809
(225) 293-7272
COUNSEL FOR APPELLANT/INTERVENOR:
        Liberty Mutual Insurance Company

**Bennett Boyd Anderson, Jr.**
**Keith P. Saltzman**
**Anderson & Dozier**
**Post Office Box 82008**
**Lafayette, LA  70502**
**(337) 233-3366**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
**Anthony J. Beslin**

**Christopher S. Mann**
**Lance M. Sannino**
**Ian Alexander Macdonald**
**Jones, Walker, Waechter, Poitevent,**
 **Carrere & Denegre, L.L.P.**
**201 St. Charles Avenue, 47th Floor**
**New Orleans, LA 70170-5100**
**(504) 582-8000**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
**Van S. Spinks**
**Grey Wolf Drilling Company, L.P.**
**Grey Wolf Holdings Company**

**Deborah DeRoche Kuchler**
**Leigh Ann T. Schell**
**Kuchler, Polk, Schell, Weiner & Richeson, L.L.C.**
**1615 Poydras Street, #1300**
**New Orleans, LA 70112**
**(504) 592-0691**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**Anadarko Petroleum Corporation**

**Robert Clotsworthy**
**Christopher M. Hannah**
**Baker, Donelson, Bearman, Caldwell & Berkowitz**
**201 St. Charles Avenue, Suite 3600**
**New Orleans, LA 70170**
**(504) 566-5200**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
**Certain Underwriters at Lloyd's, London**
**Certain London Market Insurance Companies**

**PETERS, Judge.**

This court issued a rule for the Appellant, Liberty Mutual Insurance Company (Liberty Mutual), to show cause, by brief only, why the instant appeal should not be dismissed as having been taken from a non-appealable, interlocutory ruling. After considering Liberty Mutual's response wherein it acknowledges that the trial court's ruling is an interlocutory ruling, we dismiss the appeal for the reasons assigned below.

The plaintiff in this litigation, Anthony Beslin, filed suit against Grey Wolf Drilling Company, L.P., and other defendants to recover damages he suffered as a result of an on-the-job accident. Liberty Mutual intervened in the suit, seeking reimbursement for the workers' compensation benefits it had paid to and/on behalf of Mr. Beslin. In the course of these proceedings, the defendants filed a motion seeking to amend their answer to Liberty Mutual's intervention. Following a hearing, the trial court granted the motion for leave to amend and ordered the amended answer filed as of the date of the trial court's ruling. The trial court executed a written judgment to this effect on September 10, 2012, and notice of judgment was mailed on September 17, 2012. Liberty Mutual filed a motion and order for appeal on October 1, 2012, and the record in this appeal was lodged on October 10, 2012.

The trial court's ruling granting the motion to amend the answer to the petition of intervention and ordering the amended answer filed does not decide the merits of this case and is interlocutory. La.Code Civ.P. art. 1841. Therefore, we dismiss the instant appeal. Liberty Mutual is hereby permitted to file a proper application for writs in compliance with Uniform Rules—Courts of Appeal, Rule 4, no later than March 8, 2013. Liberty Mutual is not required to file a notice of

intent to seek writs nor obtain an order setting a return date pursuant to Uniform

Rules—Courts of Appeal, Rule 4-3.

**APPEAL DISMISSED. APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Court of Appeal.